**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**WILL CARTER, III** **PLAINTIFF**

**VS.** **CIVIL ACTION NO. 4:26-CV-149-SA-JMV**

**AARON E. HENRY COMMUNITY HEALTH SERVICES CENTER, INC.** **DEFENDANT**

**ORDER STAYING CERTAIN PROCEEDINGS**

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal." L.U. Civ. R. 16(b)(3)(B). Defendant has filed a motion to compel arbitration. [Doc. 7].

IT IS, THEREFORE, ORDERED AND ADJUDGED that pursuant to L.U. Civ. R. 16(b)(3), the aforementioned proceedings are hereby **STAYED** pending the Court's ruling on the motion to compel arbitration [Doc. 7].

**SO ORDERED**, this the 2nd day of November, 2026.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**